JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ESPINOZA and DANIEL ESPINOZA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US LLC.<br><br>　　　　　Defendant. | Case No.: 5:18-cv-00528 JLS (SPx)<br><br>*For All Purposes to the Honorable Josephine L. Staton*<br><br>**ORDER TO LIMIT PLAINTIFF'S DAMAGES EXCLUDING ATTORNEY'S FEES AND COSTS TO $75,000 AND REMAND THE MATTER TO STATE COURT**<br><br>Complaint Filed : January 25, 2018<br>Trial Date:　　　None<br>Removal Filed:　March 15, 2018 |

Based on the stipulation of counsel and good cause appearing therefore:

IT IS HEREBY ORDERED that pursuant to the stipulation between the parties that Plaintiffs' damages excluding attorney's fees and costs do not exceed $75,000, the matter is hereby remanded to the San Bernardino County Superior Court, Case No. CIVDS1802141.

IT IS SO ORDERED.

DATED: May 07, 2018

　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　———————————————————
　　　　　　　　　　　　　　　　　　Hon. Josephine L. Staton
　　　　　　　　　　　　　　　　　　United States District Judge

1